MICHAEL A. HACKARD, ESQ. (SBN 71067)
hackard@hackardlaw.com
MICHAEL D. LANE, ESQ. (SBN 239517)
mlane@hackardlaw.com
HACKARD LAW, a Professional Law Corporation
10630 Mather Boulevard
Mather, CA  95655
Tel:  (916) 313-3030
Fax: (916) 226-5177

ARCHIE C. LAMB, JR., ESQ. (To Apply as *Pro Hac Vice*)
alamb1@vzw.blackberry.net
P. O. Box 2088
Birmingham, AL 35201
Tel:  (205) 324-4425
Fax: (205) 324-4649

Attorneys for Plaintiff Michael Desrys

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DESRYS, as an Individual and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MEDCO HEALTH SOLUTIONS, INC., a Delaware corporation, FEDERICO BUENROSTRO, Individually, KURATO SHIMADA, Individually, CHARLES VALDES, Individually, and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.  11-CV-01626-LKK-DAD<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: FILING OF SECOND AMENDED COMPLAINT; WITHDRAWAL OF MOTION TO DISMISS** |

WHEREAS, Plaintiffs bring this class action, and Defendant MEDCO HEALTH SOLUTIONS, INC. ("MEDCO") has removed it to this Court pursuant to the Class Action Fairness Act of 2005;

///

1   WHEREAS, MEDCO has filed a Motion to Dismiss, and that motion has been noticed for
2 hearing on August 1, 2011;

3   WHEREAS, Plaintiffs wish to amend their complaint to focus on claims alleging violations
4 of California Business & Professions Code § 17200, *et seq*.;

5   WHEREAS, in light of Plaintiffs' stated intention to amend their complaint, MEDCO
6 wishes to withdraw without prejudice its Motion to Dismiss;

7   WHEREAS, MEDCO and Defendant CHARLES VALDES ("VALDES") stipulate to
8 Plaintiffs' filing of a Second Amended Complaint, provided Defendants expressly reserve the right
9 to challenge the Second Amended Complaint and allegations therein on any and all grounds, and
10 do not waive any arguments or defenses;

11   WHEREAS, Plaintiffs and MEDCO and VALDES agree that Plaintiffs' deadline to file a
12 Second Amended Complaint shall be twenty (20) days after the filing of this Stipulation;

13   WHEREAS, Plaintiffs and MEDCO and VALDES agree that Defendants' deadline to
14 answer or otherwise respond to the Second Amended Complaint shall be thirty (30) days from the
15 filing of the Second Amended Complaint, unless subsequently stipulated otherwise;

16   WHEREAS, through this Stipulation, Plaintiffs and MEDCO and VALDES do not concede
17 any procedural or substantive rights;

18   WHEREAS, Defendants FEDERICO BUENROSTRO and KURATO SHIMADA have not
19 yet answered Plaintiffs' First Amended Complaint;

20   NOW, THEREFORE, Plaintiffs and MEDCO through their counsel of record, and
21 VALDES stipulate to the following and respectfully request an order to this effect:

22   IT IS HEREBY STIPULATED that (a) Plaintiffs may file a Second Amended Complaint
23 within twenty (20) days of the filing of this Stipulation; (b) MEDCO's pending Motion to Dismiss
24 shall be deemed withdrawn without prejudice; and (c) Defendants shall answer or otherwise
25 respond to the Second Amended Complaint within thirty (30) days of the filing of the Second
26 Amended Complaint.

27 ///

28

Dated: July 18, 2011          HACKARD LAW, a PLC


                              By: _____/s/ *Michael D. Lane*_____
                                  Michael A. Hackard, Esq.
                                  Michael D. Lane
                                  Archie C. Lamb, Jr., Esq.
                                  Attorneys for Plaintiff, Michael Desrys



Dated:  July 18, 2011         WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP


                              By: _____/s/ *Thomas G. Redmon*____
                                  Thomas G. Redmon
                                  Attorney for Defendant
                                  MEDCO HEALTH SOLUTIONS, INC.


Dated:  July 15, 2011         CHARLES VALDES, In Pro Per

                              By:  /s/ Charles Valdes _____
                                  Charles Valdes

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that (a) Plaintiffs may file (through the Court's e-filing system) a Second Amended Complaint within twenty (20) days of the filing of this Stipulation; (b) MEDCO's pending Motion to Dismiss shall be deemed withdrawn without prejudice and the hearing on August 1, 2011 is vacated; and (c) Defendants shall answer or otherwise respond to the Second Amended Complaint within thirty (30) days of the filing of the Second Amended Complaint.

Dated:  July 20, 2011


                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

I, Michael Lane, declare:

I am a citizen of the United States, employed in the City of Mather, and the County of Sacramento. I am over the age of 18 years and not a party to the above-entitled action. My business address is 10630 Mather Boulevard, Mather, CA 95655. On July 18, 2011, I served a copy of the within document(s):

1. **STIPULATION AND [PROPOSED] ORDER RE: FILING OF SECOND AMENDED COMPLAINT; WITHDRAWAL OF MOTION TO DISMISS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Charles Valdes<br>4830 Kipling Drive<br>Carmichael, CA 95608 | Kurato Shimada<br>8880 Wine Valley Circle<br>San Jose, CA 95135 |
| Federico Buenrostro<br>6120 Wycliffe Way<br>Sacramento, CA 95831 | William E. Barnes<br>Law Offices of William E. Barnes<br>2020 L Street, Suite 330<br>Sacramento, CA 95811-4219 |

Williams & Connolly LLP
Enu Mainigi
725 Twelfth Street, N.W.
Washington, DC 20005

///

///

///

1  ///

2        I am readily familiar with the firm's practice of collection and processing correspondence for
3  mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day
4  with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of
   the party served, service is presumed invalid if postal cancellation date or postage meter date is more
5  than one day after date of deposit for mailing in affidavit.
6        I declare that I am employed in the office of a member of the bar of this court at whose
7  direction the service was made.
8        Executed on July 18, 2011, at Sacramento, California.

9

10                                          Michael D. Lane

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

STIPULATION

CASE NO. 11-CV-01626-LKK-DAD