WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
DANIEL L. BAXTER (SBN 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA  95814

Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

WILLIAMS & CONNOLLY LLP
ENU MAINIGI (to apply *pro hac vice*)
JENNIFER G. WICHT (to apply *pro hac vice*)
HOLLY M. CONLEY (to apply *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

Attorneys for Defendant
MEDCO HEALTH SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DESRYS, as an Individual and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDCO HEALTH SOLUTIONS, INC., a Delaware Corporation, FEDERICO BUENROSTRO, Individually, KURATO SHIMADA, Individually, CHARLES VALDES, Individually, and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.  11-CV-01626-LKK-DAD<br><br>**STIPULATION AND ORDER CONTINUING INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed:   March 17, 2011<br>Date Removed:     June 16, 2011<br>Trial Date:            Not Yet Set |

## **RECITALS**

Currently on the Court's calendar for September 6, 2011 is the Initial Status (Pretrial Scheduling) Conference in this action. The pendency of that Conference means, among other things, that the parties face imminent deadlines relative to meeting and conferring and crafting a discovery plan in accordance with Federal Rule of Civil Procedure 26(f). In light of certain

692666.1                                                 - 1 -

1 recent occurrences in this action (described below), the parties wish to continue the September 6,
2 2011 Conference to a date of the Court's choosing on or after November 14, 2011.

3 The parties have recently filed—and the Court has entered—a stipulation and order under
4 which Plaintiff has twenty days to submit an amended complaint, and Defendants have thirty days
5 thereafter to respond. (CM/ECF Doc. No. 15.)  The parties would ideally like to have the case "at
6 issue" before holding the Conference and complying with the various requirements attendant
7 thereto.  Continuance of the Conference to a date on or after November 14 will significantly
8 increase the likelihood that the case will have achieved at-issue status, such that the parties can
9 undertake their obligations under Rule 26 with the benefit of having the pleadings settled.

## STIPULATION

In light of the above, the parties HEREBY STIPULATE AND AGREE that the Initial Status (Pretrial Scheduling) Conference shall be continued from September 6, 2011 to a date of the Court's choosing on or after November 14, 2011.

DATED: July 27, 2011           WILKE, FLEURY, HOFFELT,
                               GOULD & BIRNEY, LLP


                               By:      /s/Daniel L. Baxter
                                        DANIEL L. BAXTER
                                      Attorneys for Defendant
                                  MEDCO HEALTH SOLUTIONS, INC.

DATED: July 27, 2011           HACKARD LAW, a Professional Corporation


                               By:     /s/ Michael A. Hackard
                                       MICHAEL A. HACKARD
                                      Attorneys for Plaintiff
                                    MICHAEL DESRYS et al.

DATED: July 27, 2011


                               By:      /s/ Charles Valdes
                                        CHARLES VALDES
                                            Defendant

1  Given the above, IT IS HEREBY ORDERED that the Initial Scheduling Conference, currently scheduled for September 6, 2011 is continued to November 14, 2011 at 10:00 a.m. in Courtroom 4. The parties shall file their status reports fourteen (14) days prior to the status conference.

Dated: July 28, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

692666.1                                         - 3 -
STIPULATION AND ORDER (CASE NO. 2:11-CV-01626 LKK DAD)

## PROOF OF SERVICE

I, Teri Vargas, declare:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, Twenty-Second Floor, Sacramento, California 95814. On June 27, 2011, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL STATUS (PRETRIAL SCHEDULING) CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Charles Valdes  
4830 Kipling Drive  
Carmichael, CA  95608

Kurato Shimada  
8880 Wine Valley Circle  
San Jose, CA  95135

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

///

692666.1

- 4 -

STIPULATION AND ORDER (CASE NO. 2:11-CV-01626 LKK DAD)

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP  
ATTORNEYS AT LAW  
SACRAMENTO

1  Executed on June 27, 2011, at Sacramento, California.

2

3                                                    /s/ Teri Vargas
                                                     Teri Vargas
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

692666.1                           - 5 -

STIPULATION AND ORDER (CASE NO. 2:11-CV-01626 LKK DAD)